UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE HEALTH EMERGENCY,   CASE NO. MC F 14-0003 LJO

**EXTENSION OF EMERGENCY ORDER AFFECTING TRANSPORATION OF FRESNO COUNTY JAIL FEDERAL INMATES; FURTHER CONTINUANCE OF ALL AFFECTED CRIMINAL HEARINGS**

_____/

As a result of this Court's receipt and review of daily flu tracking data from the Fresno County Jail and the Fresno County Health Department (since the date of the Original Emergency Order dated January 14, 2014), coupled with daily contact with the Presiding Judge of the Fresno Superior Court, as well as an informative, substantive discussion with Kenneth Bird, M.D. (in-charge Physician, Division of Correctional Health, Fresno County) on January 21, 2014, IT IS HEREBY ORDERED:

That the Emergency Order of January 14, 2014 is hereby extended to 5:00 p.m. on Friday, January 24, 2014, at which time it will expire, absent further, unexpected, unanticipated medical information that would extend the Order further.

IT IS SO ORDERED.

Dated:   **January 21, 2014**            /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE

1